# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case:    4:23-CR-250 |
| *Plaintiff(s)* ) | |
| v.  ) | |
| ) | Judge:   Kristine G. Baker |
| Taylor Rogers ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## **DEFENDANT'S MOTION TO CONTINUE JURY TRIAL**

COMES NOW, Taylor Rogers, by and through their attorney, Christopher Baker of the James Law Firm, for their Motion to Continue Jury Trial states as follows:

1. This case is currently scheduled for jury trial on November 28, 2023 at 9:30 a.m..

2. This is a first setting for trial. The parties are conducting discovery obligations and assessing this matter for alternative dispositions to trial. Additional time is required for the provision of discovery and review of those files as the material in this case must be reviewed in person on protected devices.

3. Defense Counsel has verified with the Government that this motion is unopposed.

4. The Government would request that the time be excluded.

5. The time period for this delay should be excluded under 18 U.S.C. 3161(h)(7)(a). This subsection applies because an order granted here would be at the request of the Defendant. *Id.* The Defendant waives his right to a speedy trial for the duration of this continuance. The additional time caused by this motion is excludable under the Speedy Trial Act.

WHEREFORE, Defendant prays that this matter be continued and for all other proper relief.

Dated: November 21, 2023							Respectfully submitted,

/s/ Christopher Baker

Christopher Baker, Esq.
Arkansas Bar No. 2022124
*Attorney for Taylor Rogers*
cbaker@jamesfirm.com
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
Telephone: 501-375-0900
Fax: 501-375-1356